| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 2 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: J.H.
_____

J.H.,

        Petitioner.

 v.

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES,

        Respondent.

TREVOR JAMES KIRK and UNITED STATES OF AMERICA,

        Real Parties in Interest.

No. 25-3472

D.C. No. 2:24-cr-00527-SVW-1
Central District of California, Los Angeles

ORDER

Before: WARDLAW, SANCHEZ, and JOHNSTONE, Circuit Judges.

The petition raises issues that warrant an answer. Real parties in interest must file answers by 5:00 p.m. Pacific Time on Tuesday, June 3, 2025.

The district court may also address the petition if it so desires. If the district court elects to address the petition, it may file an answer with this court by June 3, 2025 and serve a copy on this court.

Any reply in support of the petition is due by 12:00 p.m. Pacific Time on Wednesday, June 4, 2025.

The Clerk will send a copy of this order to the district court and District Judge Stephen V. Wilson.