IN THE

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| IN RE J.H., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, <br><br> Respondent. | C.A. No. 25-3472 <br> D.C. No. 24-CR-527 <br> (Central Dist. Cal.) <br><br> **GOVERNMENT'S REQUEST TO INQUIRE AS TO STATUS OF REPRESENTATION OR, IN THE ALTERNATIVE, FOR EXTENSION OF TIME** |

The government hereby requests that the Court inquire as to the status of Victim J.H.'s representation and whether she wishes to pursue her mandamus petition under the Crime Victims' Rights Act ("CVRA."). In the alternative, the government seeks a 48-hour extension to respond to Victim J.H.'s petition.

On June 2, 2025, attorney Caree Annette Harper filed a petition for a writ of mandamus under the CVRA on behalf of Victim J.H. This Court ordered the real parties in interest, including the government, to respond to the petition by 5:00 p.m. today. Since receiving the Court's

order, the government has been diligently working on a response to Victim J.H.'s petition.

Earlier today, however, the government was cc'ed on an email—which is attached as Exhibit A—in which Victim J.H. notified Ms. Harper that she was writing "to formally terminate your services as my legal representative in the matter of U.S. VS KIRK — Case #2:23-cv-06887." (Exhibit A.) Victim J.H. also stated that this termination was "effective 5/20/2025," which pre-dates the filing of the CVRA mandamus petition. (*Id.*) In light of this email, the government requests that the Court inquire with Victim J.H. and Ms. Harper as to (a) whether Ms. Harper still represents Victim J.H. in this appeal and (b) whether Victim J.H. still wishes to pursue this petition.

In the alternative, the government asks for a 48-hour extension to respond to Victim J.H.'s mandamus petition. As it stands, there is no emergency for this Court to address because defendant Trevor James Kirk's sentencing was held yesterday and there are no further pending proceedings in district court. And while the CVRA does require the Court to decide this case "within 72 hours after the petition has been filed," 18 U.S.C. § 3771(d)(3), this Court has recognized that the

deadline is not jurisdictional and can be extended. *See In re Doe*, 50 F.4th 1247, 1250-53 (9th Cir. 2022). Given these circumstances—including the uncertainty regarding Victim J.H.'s representation—a 48-hour extension is appropriate.

DATED: June 3, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

/s/ *Robert J. Keenan*

ROBERT J. KEENAN
Assistant United States Attorney

Attorneys for Plaintiff-Appellee
UNITED STATES OF AMERICA

# Exhibit A

**From:** Mira, Nadia (USACAC) <Nadia.Mira@usdoj.gov>
**Sent:** Tuesday, June 3, 2025 11:30 AM
**To:** Keenan, Rob (USACAC) <Rob.Keenan@usdoj.gov>
**Cc:** Villasenor, Mark (USACAC) <Mark.Villasenor@usdoj.gov>
**Subject:** FW: Termination of Legal Representation; U.S. v. Kirk

Hello Rob,

Please see below a notice of termination to Caree Harper.

Thank you.

---

**From:** J▮▮▮▮ C▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, June 3, 2025 11:27 AM
**To:** ch1@attorneyharper.com
**Cc:** Mira, Nadia (USACAC) <Nadia.Mira@usdoj.gov>
**Subject:** [EXTERNAL] Termination of Legal Representation

Dear Caree Harper,

I hope this message finds you well. I am writing to formally terminate your services as my legal representative in the matter of U.S. VS KIRK — Case #2:23-cv-06887

Please consider this email formal notice of the termination of our attorney-client relationship, effective 5/20/2025.

I request that you cease any further work on my behalf and forward a copy of my complete case file and any relevant documents to me.

Thank you for your time and past efforts on this matter.

Sincerely,



D▮▮▮▮ B▮▮▮▮
and
J▮▮ H▮▮▮▮▮▮

CONFIDENTIALITY NOTICE: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material protected by HIPAA legislation (45 CFR, Parts 160 & 164) or by 42 CFR Part 2. Federal rules prohibit you from making any further disclosures of this information. If you are not the intended recipient, be advised that you have received this email in error and that any use, dissemination,

forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender by reply email and destroy all copies of the original message. 42 CFR Part 2 prohibits unauthorized disclosure of this record.