|  |  |
|---|---|
| *In re J.H.* | CASE NO.: 25-3472 |
| J.H.<br><br>　　　　Petitioner.<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES.<br><br>　　　　Respondent.<br><br>TREVOR JAMES KIRK and the UNITED STATES OF AMERICA<br><br>　　　　Real Parties in Interest. | **AFFIDAVIT OF CAREE HARPER** |

**AFFIDAVIT OF COUNSEL & OBJECTION TO AN EXTENSION OF TIME**

**Caree Annette Harper**
**LAW OFFICES CAREE HARPER**
**401 Wilshire Blvd. Suite 1200**
**Santa Monica, CA 90401**
**(213) 386-5078 Tel.**
**Email:** *Ch1@attorneyharper.com*

**Attorneys for Petitioner / Crime Victim "J.H"**

## AFFIDAVIT OF CAREE HARPER

I, CAREE HARPER, declare:

1. I am licensed to practice law before all courts in the State of California, the Ninth Circuit Court of Appeals and the United States District Courts in the Southern and Central Districts. The facts herein stated are personally known to me on firsthand knowledge, except as to those matters stated on information and belief, and if called as a witness I could testify hereto.

2. I am in receipt of Mr. Keenan's improper "Status Report"/ request for more time and statements not under oath.

3. I did not receive an email from my client terminating my services to today. I do see the odd email that Mr. Keenan purports is from my client but I do not recognize the name of the sender. **This looks like a fake email to me**[1]. The email is dated today but is supposed to be retroactive. Who does that? Also, why is Ms. Mira from the U.S. Attorneys office cc'd? Mr. Keenan is being deceptive to the Court by blacking out this strange email which makes the Court believe the sender is Ms. Houseton when it is not. I believe the U.S. Attorney's Victim's assistance office is behind the odd email either directly or indirectly.

4. Throughout my office's representation of these two clients they have gone off the grid for months at a time and a review of the docket shows that my office was recently sanctioned $9,100.00 because we could not get a response from the client for verifications on discovery requests. Judge Wilson made it clear on the record in the civil case, that a change of counsel requires a *motion*. While the civil case is technically closed, the representation continues until the settlement checks are received and disbursed and an accounting is provided to the clients. I represent Ms. Houseton for all matters surrounding the Kirk.

---

[1] The email address the government blacked out is **NOT** my client (jcorona@prototypes.org) Janelle Corona. And I have no idea who Janelle Corona is.

5. Ms. Houseton made it clear in her verbal impact statement on May 19, 2025, that **she wants Trevor Kirk prosecuted to the fullest extent of the law and she wants him to receive (10) years in prison.**

6. Mr. Keenan made it clear that he **does not** want Trevor Kirk to do any jail time whatsoever. Mr. Keenan is speaking from a position that is in direct conflict with the victim.

7. Who knows who sent the email, because *the sender is a complete unknown*, for all we know it could have been someone from Mr. Keenan's office or one of Kirk's deputy friends.

8. In my near two years of representing Ms. Houseton she has only written my office from one email address. She has never said "I hope this email finds you well".

9. I must question what type of unethical pressure Mr. Keenan (and his "victim assistance team") has put on Ms. Houseton for him to now question whether she wants her abuser in jail and wants to continue to pursue the Writ when she clearly stated her wishes on the record: for KIRK to be sentenced on the **felony conviction**.

10. We feel the Court need not make any further inquiry of myself or Ms. Houseton, and we object to any extension of time. Mr. Keenan is clearly utilizing this odd unverified email (that *he* may have arranged to have sent) as a red herring to distract the Court (and my office) because he has no explanation for the reduction of the felony to a misdemeanor.

11. As for a continuance, Mr. Keenan has an entire U.S. Attorney's office at his disposal. 18 U.S.C. 3771 (d)(3) provides "The court of appeals shall take up and decide such application forthwith **within 72 hours after the petition** has been filed, unless the litigants, with the approval of the court, have stipulated to a different time period for consideration. There is **no authority to extend the time** in this case and the Government should not be seeking to reduce the Petitioner's Reply time." In *Kenna v. U.S. Dist. Ct. for C.D.Cal.*, 435 F.3d 1011, 1018 (9th

Cir. 2006), this Court indicated "we are in the process of promulgating procedures for expeditious handling of CVRA mandamus petitions to ensure that we comply with the statute's strict time limits in future cases."

12. Mr. Keenan has not either given me the profession courtesy of asking for my consent to the extension nor did he even advise me that he would be requesting one.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd Day of June, 2025, at Santa Monica, California.

/S/ Caree Harper
_____
Caree Harper

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF CAREE HARPER

- 5 -