UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: J.H. _____ J.H., Petitioner. v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES, Respondent. TREVOR JAMES KIRK and UNITED STATES OF AMERICA, Real Parties in Interest. | No. 25-3472 D.C. No. 2:24-cr-00527-SVW-1 Central District of California, Los Angeles ORDER |

Before: WARDLAW, SANCHEZ, and JOHNSTONE, Circuit Judges.

The Government's "Request to Inquire as to Status of Representation or, in the Alternative, for Extension of Time (Docket Entry No. 8) is denied. The previously established schedule remains in effect.