NO.: 25-3472

| | |
|---|---|
| *In re J.H.* | |
| *J.H.* | |
|        Petitioner. | |
| v. | |
| *UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES.* | |
|        Respondent. | |
| *TREVOR JAMES KIRK and the UNITED STATES OF AMERICA* | |
|        Real Parties in Interest. | |

**MOTION TO STRIKE GOVERNMENT'S RESPONSE TO CRIME VICTIM'S PETITION FOR WRIT OF MANDAMUS**

**Caree Annette Harper**
**LAW OFFICES CAREE HARPER**
**401 Wilshire Blvd. Suite 1200**
**Santa Monica, CA 90401**
**(213) 386-5078 Tel.**
**Email: *Ch1@attorneyharper.com***

**Attorneys for Petitioner / Crime Victim "J.H"**

## BRIEF FACTS

This Court issued a briefing schedule that required answers to J.H.'s Petition for Writ of Mandamus by 5:00 PM on June 3, 2025. The Government, among other relief, requested an extension of time to file their answering brief. J.H. opposed that relief for multiple reasons that the extension would reduce her time to reply to the answer. Their Motion was denied and this Court's Order for the real parties in interest to answer the Petition remained in affect and due: June 3, 2025, at 5:00PM Pacific Standard Time. Despite this Court's Order, the government filed a late (36) page answer to the Petition without even asking for leave of Court. The government's failure to follow Court orders is no "one–off" or oversight[1] its intentional disregard for the orders and the Rules. The Government neither asked this Court or the lower Court to reconsider its prior Order nor did it ask permission to file a pleading out of time.

## BRIEF ARGUMENT

This Court has accepted that "'[a]ll federal courts are vested with inherent powers enabling them to manage their cases and courtrooms effectively and to ensure obedience to their orders. *United States v. W.R. Grace*, 526 F.3d 499, 509 (9th Cir. 2008). A scheduling order is an established mechanism to ensure fairness to all parties to allow a reasonable opportunity to prepare. Because of the Court's

---

[1] On May 15, 2025 the government supplemented its Court ordered filing due 5/13/25.

requirement to decide this case within 72 hours, the scheduling order in this case is more important than in other cases where the Court has more flexibility. J.H. is prejudiced because she had less time to reply to the Government's (36) page answer. Unlike the Government that has a multitude of attorneys that can be enlisted, J.H. <u>does not</u>. Moreover, with the additional time the Government had, it has been able to create additional points for which J.H. will have to reply.

Circuit Rule 27-10(a)(3) established a required showing for a motion for reconsideration,

> A party seeking relief under this rule shall state with particularity the points of law or fact which, in the opinion of the movant, the Court has overlooked or misunderstood. Changes in legal or factual circumstances which may entitle the movant to relief shall also be stated with particularity.

Since no motion for reconsideration was filed, J.H. is unable to even address any reason that might exist for the Government to willfully violate this Court's order. Perhaps there could be some excuse for a filing that was delayed for a few minutes. But here, there was over a (5) hour delay when J.H. was already under a limited time to review and J.H. has had to spend even more time to address the out of time filing even after the Court had already decided the existing brief time would not be changed. Unlike perhaps a *pro se* party that doesn't understand, the Government is a frequent litigator who should understand the importance of compliance with court orders.

Striking an out-of-time pleading is an appropriate remedy to a late filed pleading and especially here when an extension was sought and **<u>denied</u>**.

Wherefore J.H. requests the late Response from the Government be stricken and no consideration given to the contents of said Response.

June 4, 2025                                    Respectfully Submitted,

                                               LAW OFFICES OF CAREE HARPER
                                               **<u>/S/ Caree Harper__</u>**
                                               Caree Harper
                                               **Attorneys for Petitioner / Crime Victim "J.H"**